**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**TREVOR WOODHAM**                                                                **PLAINTIFF**
**ADC #660598**

**VS.**                                        **1:19-CV-00068-BRW**

**AARON MOODY,** *et al*.                                                        **DEFENDANTS**

## JUDGMENT

Based on the order entered today granting Defendant's Motion for Summary Judgment,

this case is DISMISSED.

IT IS SO ORDERED this 21st day of April, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE